# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

### PRETRIAL SERVICES VIOLATION PETITION

2005 MAY -6  P 4: 40

The United States,

-vs-

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

**Charles Joseph Barrett**          Docket No. 05-0022AWI

COMES NOW Lydia J. Serrano, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Charles Joseph Barrett, who was placed on bond by the Honorable Dennis L. Beck, sitting in the Court at Fresno, California, on the 19th day of January, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Impeding, Intimidating, and Interfering with a Federal Officer; and Witness Retaliation

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Mr. Barrett failed to report into the Pretrial Services Agency office in Santa Rosa, California, as directed on March 9, 2005; Mr. Barrett failed to appear as directed for substance abuse counseling on March 29, 2005, and on April 29, 2005; and, Mr. Barrett failed to appear for drug/alcohol testing on May 3, 2005.

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on this court's calendar on Wednesday, May 11, 2005, at 10:30 am, and the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services.
**TELEPHONE NUMBER:** On file with Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2005.

Respectfully submitted,

LYDIA J. SERRANO
Pretrial Services Officer
DATE: May 6, 2005

### ORDER

____  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $_____.

____  The Court hereby orders this ex parte motion and order be sealed.

____  The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on __Wed., May 11, 2005__, at __10:30__ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____  The Court orders no action be taken.

Considered and ordered this __6th__ day of __May__, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge
SM SNYDER

rev. 1/93

BARRETT, Charles Joseph
Docket No. 05-0022 AWI

## ADDITIONAL CONDITIONS OF RELEASE

You are released on a $10,000 unsecured bond.

You are released to the third party custody of Joan Wyman.

You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

You shall reside at xxxxxxxxxxxxxxxx, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

Your travel is restricted to the Northern District of California, and the Eastern District of California for Court-related purposes only, unless otherwise approved in advance by the Pretrial Services Officer;

You shall refrain from **ANY** use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;

You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request;

You shall not associate or have any contact with Ranger George Paiva, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

You shall not enter Yosemite National Park.