QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

FILED

2005 MAY 11  P 1: 59

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
     DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 01:cr-05-0022 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND PROPOSED ORDER THEREON |
| v. | |
| CHARLES JOSEPH BARRETT, | Date: May 23, 2005 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference Hearing, in the above entitled action, currently set for May 2, 2005, is hereby continued to **May23, 2005 at 9:00 a.m.**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2 | DATED: April 28, 2005                          MCGREGOR W. SCOTT
                                                   United States Attorney

                                                   By /s/ Stanley A. Boone
                                                   STANLEY A. BOONE
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

DATED: April 28, 2005                              QUIN DENVIR
                                                   Federal Public Defender


                                                   By /s/ Mark A. Lizárraga
                                                   MARK A. LIZÁRRAGA
                                                   Assistant Federal Defender
                                                   Attorney for Defendant

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: May 11, 2005

ANTHONY W. ISHII
U.S. District Court Judge for the
Eastern District of California

Stipulation to Continue Status Conference Hearing          2