| | |
|---|---|
| TIMOTHY B. ROTE, 184781<br>THE COCHRAN FIRM,<br>2014 TULARE, #604<br>FRESNO, CALIFORNIA 93721<br>TELEPHONE: (800) 887-0000 | FILED<br><br>2005 DEC 28 A 11: 45 |
| ATTORNEY FOR DEFENDANT | CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br>BY_____ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES JOSEPH BARRETT,<br><br>Defendant | ) CR. NO. 05-0022 AWI<br>)<br>) STIPULATION TO VACATE THE JURY<br>) TRIAL CURRENTLY SET FOR JANUARY 10,<br>) 2006 AND SET THE MATTER ON<br>) CALENDER FOR A TRIAL SETTING<br>) CONFERENCE ON JANUARY 9, 2006<br>) AT 9 A.M., and ORDER<br>) |

TO ALL PARTIES AND THEIR ATTORNEYS:

TO THE HONORABLE JUDGE PRESIDING HEREIN:

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties herein that good cause exists to vacate the jury trial currently scheduled to begin on **January 10, 2006.** The parties agree to place the matter on the Court's Calendar for a Trial Setting Conference on January 9, 2006 at 9:00 a.m.

Counsel for each party agrees that this request to continue the jury trial is appropriate because a necessary and indispensable defense witness, Brent Gordon is out of the country and unavailable during the month of January. Mr. Gordon is the only person who can provide specific, relevant, factual evidence the Defendant believes is crucial to a fair hearing in this case.

Furthermore, there have been additional negotiations seeking an appropriate resolution in this case. A short continuance may benefit these efforts as well.

Counsel for Defendant Barrett has spoken with Assistant U. S. Attorney, STANLEY A. BOONE, who is agreeable to this requested Order.

DATED: December 27, 2005

Respectfully submitted,

        THE COCHRAN FIRM
        By: /s/ Timothy B. Rote
        TIMOTHY B. ROTE
        Attorney for Defendant,
        CHARLES BARRETT

DATED: December 21, 2005

        /s/ Stanley A. Boone
        STANLEY A. BOONE
        Assistant U.S. Attorney

**ORDER**

Good Cause Appearing,

**IT IS ORDERED:** that the jury trial currently scheduled to begin on **January 10, 2006** is vacated. The matter is placed on the Court's Calendar for a Trial Setting Conference on January 9, 2006 at 9:00 a.m..

DATED: December 28, 2005.

        ANTHONY W. ISHII
        District Judge