TIMOTHY B. ROTE,   184781
THE COCHRAN FIRM,
2014 TULARE, #604
FRESNO, CALIFORNIA  93721
TELEPHONE: (800) 887-0000

ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 05-0022 AWI |
| | ) |
| v. | ) STIPULATION TO VACATE THE JURY |
| | ) TRIAL CURRENTLY SET FOR JANUARY 10, |
| JOSHUA HICKMAN, | ) 2006 AND SET THE MATTER ON |
| CHARLES JOSEPH BARRETT, | ) CALENDER FOR A TRIAL SETTING |
| | ) CONFERENCE ON JANUARY 9, 2006 |
| | ) AT 9 A.M.,  and  ORDER |
| _____ | ) |

TO ALL PARTIES AND THEIR ATTORNEYS:

TO THE HONORABLE JUDGE PRESIDING HEREIN:

**IT IS HEREBY STIPULATED** by and between attorneys for the respective parties

herein that good cause exists to vacate the jury trial currently scheduled to begin on **January 10,**

**2006.**  The parties agree to place the matter on the Court's Calendar for a Trial Setting

Conference on January 9, 2006 at 9:00 a.m.

Counsel for each party agrees that this request to continue the jury trial is appropriate

because a necessary and indispensable defense witness, Brent Gordon is out of the country and

unavailable during the month of January.  Mr. Gordon is the only person who can provide

specific, relevant, factual evidence the Defendant believes is crucial to a fair hearing in this case.

Furthermore, there have been additional negotiations seeking an appropriate resolution in

this case.  A short continuance may benefit these efforts as well.

Counsel for Defendant Barrett has spoken with Assistant U. S. Attorney, STANLEY A.

BOONE, who is agreeable to this requested Order.

DATED: December 27, 2005

Respectfully submitted,

                              THE COCHRAN FIRM
                              By:  _/s/ Timothy B. Rote
                              TIMOTHY B. ROTE
                              Attorney for Defendant,
                              CHARLES BARRETT


DATED: December 21, 2005

                              /s/ Stanley A. Boone
                              STANLEY A. BOONE
                              Assistant U.S. Attorney


# O R D E R

Good Cause Appearing,  **IT IS ORDERED:** that the jury trial currently scheduled to begin on

**January 10, 2006** is vacated.  The matter is placed on the Court's Calendar for a Trial Setting

Conference on January 9, 2006 at 9:00 a.m.


IT IS SO ORDERED.


**Dated:    January 4, 2006**              **       /s/ Anthony W. Ishii      **

0m8i78                              UNITED STATES DISTRICT JUDGE