TIMOTHY B. ROTE #184781
THE COCHRAN FIRM
2014 TULARE, SUITE 604
FRESNO, CALIFORNIA 93721
TELEPHONE: (800) 887-0000

ATTORNEY FOR DEFENDANT,
     CHARLES JOSEPH BARRETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

CHARLES JOSEPH BARRETT

                    Defendant

CASE # 05-0022AWI

STIPULATION RE:
CONTINUANCE AND

**ORDER**

To:   THE HONORABLE JUDGE ISHII, U.S. DISTRICT COURT JUDGE OF THE ABOVE

ENTITLED COURT:

     CHARLES JOSEPH BARRETT, by and through his attorney TIMOTHY ROTE and the

United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States

Attorney, and STANLEY A. BOONE, Assistant United States Attorney, hereby enter into the

following stipulation:

1.    The parties to the above-captioned matter agree to vacate the March 27, 2006, hearing

      date in this matter and reset it for April 17, 2006, at 9:00 a.m.

2.    The parties stipulate that the continuance is necessitated by the parties' desire to attempt

      to resolve this matter and for continued investigation.

3.    The parties stipulate that time would be excluded under the Speedy Trial Act and that the

      ends of justice served by granting the requested continuance outweigh the best interests of

the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to resolve this matter and to conduct further investigation.

Respectfully submitted,

DATED: March 17, 2006             McGREGOR W. SCOTT
                                         United States Attorney
                                         By /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney

DATED: March 17, 2006             /s/ Timothy Rote
                                         TIMOTHY ROTE
                                       Attorney for Defendant
                                       CHARLES JOSEPH BARRETT

## O R D E R

IT IS SO ORDERED.

**Dated:   March 21, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE