TIMOTHY B. ROTE #184781
IMHOFF & ASSOCIATES
2014 TULARE, SUITE 604
FRESNO, CALIFORNIA 93721
TELEPHONE: (800) 887-0000

ATTORNEY FOR DEFENDANT,
    CHARLES JOSEPH BARRETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>CHARLES JOSEPH BARRETT<br><br>                                  Defendant | CASE # 05-0022AWI<br><br>STIPULATION RE:<br><br>EXTENSION OF REMAND DATE AND<br><br>**ORDER** |

To: THE HONORABLE JUDGE ISHII, U.S. DISTRICT COURT JUDGE OF THE ABOVE ENTITLED COURT:

      CHARLES JOSEPH BARRETT, by and through his attorney TIMOTHY ROTE and the United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and STANLEY A. BOONE, Assistant United States Attorney, hereby enter into the following stipulation:

      1. The parties to the above-captioned matter agree to request that the court extend the date that Mr. Barrett is to remand to federal custody from February 1, 2007 to February 16, 2007.

2. The reason for the request is that, according to Susan Perry at the U.S. Marshal's Office, the "order requesting designation" was not received by her until January 25, 2007 and submitted by her to the Bureau of Prisons on January 26, 2007. Ms. Perry stated that it takes 7-10 days for her to receive the designation. She suggested an extension until February 16, 2007 to allow time for her to receive the designation and for Mr. Barrett to arrange transportation for himself at his own expense to the designated facility.

Respectfully submitted,

DATED: January 26, 2007          McGREGOR W. SCOTT
                                 United States Attorney
                                 By /s/ Stanley A. Boone
                                 STANLEY A. BOONE
                                 Assistant U.S. Attorney

DATED: January 26, 2007          /s/ Timothy Rote
                                 TIMOTHY ROTE
                                 Attorney for Defendant
                                 CHARLES JOSEPH BARRETT

# O R D E R

Good Cause Appearing,

**IT IS ORDERED,** the date set for Mr. Barrett to remand to Federal custody is extended to February 16, 2007, at the place and time designated by the Bureau of Prisons and the United States Marshal.

IT IS SO ORDERED.

**Dated:   January 29, 2007**          /s/ **Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE